CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Adrian Eugene Antone<br>DOB: 1984; U.S. Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>19-05259MJ |

Complaint for violation of Title 18, United States Code §§ 1153 and 113(a)(3)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**Count 1** - On or about April 4th, 2019, in the District of Arizona, within the confines of the Tohono O'odham Nation Indian Reservation, Indian Country, the defendant, ADRIAN EUGENE ANTONE, an Indian, did intentionally and knowingly assault J.C., an Indian, with a dangerous weapon, that is, a shotgun, with the intent to do bodily harm.
In violation of Title 18, United States Code, Sections 1153 and 113(a)(3).

**Count 2** - On or about April 4th, 2019, in the District of Arizona, within the confines of the Tohono O'odham Nation Indian Reservation, Indian Country, the defendant, ADRIAN EUGENE ANTONE, an Indian, did intentionally and knowingly assault K.D., an Indian, with a dangerous weapon, that is, a shotgun, with the intent to do bodily harm.
In violation of Title 18, United States Code, Sections 1153 and 113(a)(3).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

See Attached.

**MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>COMPLAINT REVIEWED by AUSA Jillian Besancon | SIGNATURE OF COMPLAINANT |
|---|---|
| *Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | OFFICIAL TITLE & NAME:<br>SA David Neill, FBI |
| Sworn to before me and subscribed in my presence.<br>SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>June 26, 2019 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54

# BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

I, David Neill, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Special Agent of the FBI and is currently assigned to the Tucson office. In the course of his official duties, your affiant is responsible for investigating federal crimes occurring within the District of Arizona, which include violent crimes occurring within Indian Country. Your affiant has training and experience in investigating such crimes.

2. Late in the evening of April 4, 2019 or early in the morning of April 5, 2019, the Tohono O'odham Nation Police Department ("TOPD") responded to a report of a shooting in the Village of San Lucy on the Tohono O'odham Nation Indian Reservation ("TOIR"). TOPD made contact with J.C. and K.D., Indians and certified and enrolled members of the Tohono O'odham Nation, at 1107 B Avenue in the Village of San Lucy, Arizona. TOPD observed shell casings in the yard of 1107 B Avenue and shot gun shells in the roadway to the north of the residence. TOPD recovered a 9mm Smith and Wesson handgun and a .40 caliber Sig Sauer handgun from J.C. and K.D. Detectives from TOPD and Special Agents from the FBI responded to the scene.

3. J.C. was interviewed by TOPD and the FBI. He stated that on April 4, 2019, around 10:30 P.M., he was at 1107 B Avenue in the Village of San Lucy with K.D. when ANTONE approached the residence on foot. ANTONE was wearing a black colored long sleeve shirt, possibly a hoody, and khaki colored shorts. J.C. stated that

ANTONE initially wanted to fight, but later stated he would be back and left. A short time later, ANTONE returned in a gray colored Nissan and parked near a fire hydrant to the north of 1107 B Avenue. J.C. observed two people exit the vehicle and heard ANTONE say, "What's up?" J.C. then heard a shot gun cocking sound and saw ANTONE fire the shotgun at himself and K.D. J.C. thought that ANTONE fired three to four shots. J.C. thought he was going to get shot, and he pulled out his own firearm, a .40 caliber P229 handgun, ran to the south of the residence, and fired approximately three to four shots toward ANTONE and the vehicle. J.C. thinks he may have struck the vehicle. J.C. described ANTONE's firearm as having a pistol grip and possibly being a "sawed off" style shotgun. J.C. said that a few days prior, ANTONE also fired a shotgun at a female named L. J.C. also said that ANTONE has been engaging in this sort of activity lately, and tries to "punk" people. J.C. said that when ANTONE first approached the residence, J.C. had his handgun concealed and ANTONE would not have seen it.

4. K.D. was interviewed by TOPD and the FBI. On April 4, 2019, at around 10 or 10:30 P.M., he was at 1107 B Avenue in the Village of San Lucy, Arizona with J.C. They were outside of the residence when ANTONE walked up and tried to fight them. ANTONE put his hand on his hip, which K.D. felt meant he had a gun. ANTONE told them, "I won't fight, I'll just put you down." ANTONE then said he was going to go and get his home boys. K.D. observed ANTONE to be wearing a black or navy blue long sleeve shirt and khaki colored shorts. ANTONE returned a few minutes

later in a silver colored Nissan Altima. ANTONE got out of the vehicle and K.D. heard him say, "I seen you." ANTONE cocked the shotgun and fired at them. K.D. took cover between a tree and garbage can. K.D. stated that he pulled out his Smith and Wesson 9mm handgun and twice returned fire at ANTONE. ANTONE then left in the vehicle, and K.D. did not see a vehicle pass the residence, so he thinks the vehicle travelled north.

5. Law enforcement officers spoke with N.N., who lives nearby. N.N. was outside of her residence taking out the trash on April 4, 2019, when she observed a light brown car, similar to a Cadillac. N.N. described the vehicle as having a rounded shape. The vehicle parked across the street from her residence, closer to 1107 B Avenue. After seeing the vehicle, she heard gun shots and ran inside. N.N. recognized the vehicle as one ANTONE drives, and she has seen him driving it in the past.

6. Law enforcement officers spoke with H.N., who observed the incident. On April 4, 2019, H.N. observed a light brown vehicle, similar to a Cadillac. H.N. recognized the vehicle as belonging to C.B. She observed ANTONE exit the passenger side of the vehicle and saw him shooting a gun everywhere. She thought ANTONE shot at least 12 times. H.N. saw a total of two people in the vehicle, including ANTONE. The vehicle then turned around and left to the north.

7. Law enforcement officers spoke with A.N., who observed the incident and saw a light brown vehicle leaving the area.

8. TOPD knows ANTONE to reside at a residence located near the intersection of D Street and F Street in the Village of San Lucy. The residence belongs to C.B., who is the boyfriend of ANTONE's mother.

9. TOPD located a light brown Lincoln sedan parked behind the C.B. residence. The sedan matches the description of the car seen by witnesses at the scene of the shooting.

10. TOPD observed C.B. drive away from the residence in the Lincoln sedan. TOPD contacted C.B., and he said that ANTONE drove the Lincoln away from the residence on the night of April 4, 2019, and later returned to the residence in the car. C.B. believed the car was at the residence when he heard gunshots later in the night.

11. C.B. gave TOPD consent to search the car. TOPD located a spent bullet in the car.

12. On April 5th, 2019, TOPD and the FBI executed a Federal Search Warrant (19-8151MB) at the C.B. residence in the Village of San Lucy. During the search, several black colored articles of clothing were located, however the shotgun was not recovered.

13. On June 25th, 2019, at approximately 9:32 P.M., TOPD attempted to conduct a traffic stop on a vehicle. The vehicle fled from TOPD, and eventually crashed near 307th Avenue and West Watermelon Road in Maricopa County. TOPD located ANTONE at the vehicle, and he was subsequently taken into custody.

14. ANTONE is an Indian, and a certified and enrolled member of the Tohono O'odham Nation, a federally recognized Indian Tribe.

15. From the facts outlined above, your affiant submits that there is probable cause to believe that on or about April 4th, 2019, in the District of Arizona, within the confines of the Tohono O'odham Nation Indian Reservation, Indian Country, ANTONE, an Indian, did intentionally and knowingly assault J.C. and K.D., both Indians, with a dangerous weapon, that is, a shotgun, with the intent to do bodily harm, in violation of Title 18, United States Code, Sections 1153 and 113(a)(3).

_____
David Neill
Special Agent, Federal Bureau of Investigation

Sworn to and subscribed before me
this 26th day of June, 2019.

_____
Honorable Bernardo P. Velasco
United States Magistrate Judge